Local Bankruptcy Form 2016-2(c)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Julius R. Smargiassi aka Julius R. Smargiassi, Jr. and Karen M. Smargiassi,

Debtors

Case No. 5-16-bk-00910-JJT

Ch. 13

### Request for Payment of Chapter 13 Compensation and Expenses

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 Plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court Order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

A. Presumptively reasonable fees under LBR. 2016-2(c)
1. Amount agreed to by debtor                                              $   3,200.00
2. Less amount paid to attorney prior to filing petition                   $
   Balance of compensation to be paid through plan distributions           $   3,200.00
4. Expenses advanced to be paid through plan distributions:
   (describe expense and amount)                                           $

B. Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a)
1. Retainer received                                                       $
2. Compensation earned prepetition and paid to attorney prior to
   filing petition                                                         $
3. Expenses reimbursed prepetition                                         $
4. Balance in retainer after deduction of prepetition compensation
   and expenses                                                            $
5. Compensation and expenses approved by the Court to be paid
   through plan distributions less balance in client trust account         $

C. The undersigned hereby requests payment through the plan for Compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(20 in the following amount based on the information Above:                                                                 $   3,200.00

Dated: March 8, 2016

*Lisa M. Doran*
Attorney for Debtor