```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-00910-JJT
Julius R. Smargiassi                                                Chapter 13
Karen M Smargiassi
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: MMchugh           Page 1 of 1          Date Rcvd: Apr 05, 2017
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2017.
4772844        +Navient Solutions, Inc. on behalf of PHEAA,    P.O. Box 8147,    Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   Wells Fargo Bank, National Association, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Lisa M. Doran    on behalf of Joint Debtor Karen M Smargiassi ldoran@doran-law.net
              Lisa M. Doran    on behalf of Debtor Julius R. Smargiassi ldoran@doran-law.net
              Thomas I Puleo    on behalf of Creditor   Wells Fargo Bank, National Association, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor   Wells Fargo Bank, National Association, Et Al...
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 7

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:16-bk-00910-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Julius R. Smargiassi<br>115 Betty Street<br>Eynon PA 18403-1223 | Karen M Smargiassi<br>115 Betty Street<br>Eynon PA 18403-1223 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/05/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Navient Solutions, Inc. on behalf of PHEAA, P.O. Box 8147, Harrisburg, PA 17105 | ECMC<br>PO Box 16408<br>St. Paul, MN 55116-0408<br>ECMC<br>PO Box 16408<br>St. Paul, MN 55116-0408 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/07/17

Terrence S. Miller
**CLERK OF THE COURT**