STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### (Wilkes-Barre)

| In Re: | |
|---|---|
| Julius R. Smargiassi aka Julius R Smargiassi, Jr<br>Karen M. Smargiassi | Chapter 13<br><br>Case Number: 16-00910-JJT |

## NOTICE OF APPEARANCE

Wells Fargo Bank[1] [2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

William E. Miller, Esquire
**STERN & EISENBERG, PC**
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976

DATED THIS 15TH DAY OF MAY, 2017.

By: /s/William E. Miller, Esquire
☑ William E. Miller, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Facsimile: (215) 572-5025
Bar Number: 308951
wmiller@sterneisenberg.com

---

1. Full title of Creditor is as follows: Wells Fargo Bank, N.A., as Trustee for the EMC Mortgage Loan Trust 2002-A, Mortgage Pass-Through Certificates Series 2002-A.
2. The current Servicer of this loan is Select Portfolio Servicing.
3. For reference, the property address associated with the undersigned's representation is 115 Betty Street, Eynon, PA 18403.

# CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and correct copy of the within Entry of Appearance and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

Julius R. Smargiassi
and
Karen M. Smargiassi
115 Betty Street
Eynon, PA 18403

Charles J. DeHart, III, Esquire
Chapter 13 Trustee
8125 Adams Drive
Suite A
Hummelstown, PA 17036

Lisa M. Doran, Esquire
69 Public Square
Suite 700
Wilkes-Barre, PA 18701

                                      Respectfully Submitted:

                                      Stern & Eisenberg, PC

By:     /s/ William E. Miller, Esquire
          ☒  William E. Miller, Esquire
          Stern & Eisenberg, PC
          1581 Main Street, Suite 200
          The Shops at Valley Square
          Warrington, PA 18976
          Phone: (215) 572-8111
          Facsimile: (215) 572-5025
          Bar Number: 308951
          wmiller@sterneisenberg.com

Date: May 15, 2017