PA 6629
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE: | Bankruptcy No.: 16-00910 (JJT) |
| JULIUS R. SMARGIASSI<br>KAREN M. SMARGIASSI | Chapter 13 |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned herby appears as counsel for Santander Consumer USA, Inc., a creditor and party in interest, and that under Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of Bankruptcy Rules for this District ("Local Bankruptcy Rules"), herby requests that all notice given or required to be given, and all papers and pleadings filed or served or required to be served, in this case, be given to or served upon:

**William E. Craig, Esquire**
Morton & Craig, LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Fax (856) 722-1554
bcraig@mortoncraig.com

This request includes not only the notices and papers referred to in the Bankruptcy Rules and Local Bankruptcy Rules but also, without limitation, orders and notices of any application, motions, petitions, pleadings, request, complaints or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telex or otherwise.

This request supersedes any prior request for Notice by this creditor, that there is no other request to receive Notices for the specified creditor, or that all prior request are terminated, and the attorney is authorized to make this request for Notices on behalf of the named creditor.

/s/William E. Craig, Esq.
Morton & Craig, LLC
**By: William E. Craig, Esq.**
Bar I.D. No. 92329

110 Marter Ave.
Suite 301
Moorestown, NJ 08057
(856) 866-0100

Counsel for Santander Consumer USA, Inc.