IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                              )
                                                    )
JULIUS R. SMARGIASSI                                ) Chapter 13
KAREN M. SMARGIASSI                                 )
    **Debtor(s)**                                   ) Case No.: 5:16-bk-00910-(JJT)
                                                    )
                                                    )
                                                    )
                                                    )
                                                    )

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on January 5, 2018, I served a copy of the Request To Relist Matter For A Hearing to the following parties in this matter:

| Name and Address | Mode Of Service |
| --- | --- |
| Debtors | Regular Mail |
| Julius and Karen Smargiassi | |
| 115 Betty Street | |
| Eynon, PA 18403 | |

The following parties were served with the Request via electronic means on January 5, 2018:

Debtors' Attorney                          Trustee
Lisa M. Doran, Esq.                        Charles J. DeHart, III
Doran & Doran, P.C.                        Chapter 13 Trustee
69 Public Square Ste 700                   8125 Adams Drive, Suite A
Wilkes Barre, PA 18701                     Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

I certify under penalty of perjury that the foregoing is true and correct.

Date:  1/5/18

/s/ William E. Craig
William E. Craig
Morton & Craig LLC
110 Marter Ave., Suite 301
Moorestown, NJ 08057
(856) 866-0100
Bar I.D. 92329 - Pennsylvania