IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                             :
                                                   :  **Case No. 5-16-bk-00910-JJT**
**Julius R. Smargiassi aka Julius R.**             :
**Smargiassi, Jr. and Karen M. Smargiassi**,       :
                                                   :  **Ch. 13**
    Debtors                    :

## Motion to Withdraw Response of Debtors to Motion for Relief

The above Debtors by their attorneys, Doran & Doran, P.C., move to withdraw the previously filed Response of Debtors to Motion of Santander Consumer USA, Inc. for Relief from Automatic Stay as follows:

    1. The above Debtors filed for relief under Chapter 13 of the Bankruptcy Code on march 7, 2016.

    2. On October 27, 2017 Santander Consumer USA, Inc. filed a Motion for Relief from the Automatic Stay with regard to a 2011 Ford Escape.

    3. Debtors, through counsel, filed a Response to the Motion for Relief on November 3, 2017.

    4. Debtors wish to withdraw their Answer at this time.

WHEREFORE Debtors hereby withdraw their Response to the Motion for Relief filed by Santander Consumer USA, Inc.

                                                               DORAN & DORAN, P.C.

March 6, 2018                              BY: *Lisa M. Doran*
                                                      Lisa M. Doran, Esquire
                                                      Attorneys for Debtors
                                                      69 Public Square, Suite 700
                                                      Wilkes-Barre, PA 18701
                                                      570-823-9111

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
 :  **Case No. 5-16-bk-00910-JJT**
**Julius R. Smargiassi aka Julius R.** :
**Smargiassi, Jr. and Karen M. Smargiassi**, :
 :  **Ch. 13**
  Debtors :

## Certificate of Service

I certify that I am more than 18 years of age and that on March 6, 2018, I served a copy of the *Motion to Withdraw Response of Debtors to Motion of Santander Consumer USA, Inc. for Relief from Automatic Stay* electronically through ECF on the party shown below:

Charles J. DeHart, III, Trustee
dehartstaff@pamd13trustee.com
TWecf@pamd13trustee.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 6, 2018

Signed: */s/ Lisa M. Doran*
69 Public Square, Suite 700
Wilkes-Barre, PA 18701