IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | **Case No. 5-16-bk-00910-JJT** |
| **Julius R. Smargiassi aka Julius R.** : | |
| **Smargiassi, Jr. and Karen M. Smargiassi**, : | |
| : | **Ch. 13** |
| Debtors : | |

## Certificate of Service

I certify that I am more than 18 years of age and that on March 6, 2018, I served a copy of the *Motion to Withdraw Response of Debtors to Motion of Santander Consumer USA, Inc. for Relief from Automatic Stay* electronically through ECF on the party shown below:

William E. Craig, Esquire
ecfmail@mortoncraig.com
nhazlett@mortoncraig.com
mortoncraigecf@gmail.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 6, 2018

Signed: */s/ Lisa M. Doran*
69 Public Square, Suite 700
Wilkes-Barre, PA 18701