# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Karen M. Smargiassi<br>Julius R. Smargiassi aka Julius R Smargiassi, Jr<br>Debtor(s) | CHAPTER 13 |
| Wells Fargo Bank, N.A., as Trustee for the EMC Mortgage Loan Trust 2002-A, Mortgage Pass-Through Certificates Series 2002-A, its successors and/or assigns<br>Movant<br>vs. | NO. 16-00910 HWV |
| Karen M. Smargiassi<br>Julius R. Smargiassi aka Julius R Smargiassi, Jr<br>Debtor(s) | |
| Jack N. Zaharopoulos<br>Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Notice of Mortgage Payment Change of Wells Fargo Bank, N.A., as Trustee for the EMC Mortgage Loan Trust 2002-A, Mortgage Pass-Through Certificates Series 2002-A, which was filed with the Court on or about **June 25, 2021**.

                                            Respectfully submitted,

                                            /s/ Rebecca A. Solarz, Esq.
                                            _____
                                            Rebecca A. Solarz, Esquire
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA  19106
                                            Phone: (215)-627-1322

Dated: July 6, 2021