**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Karen M. Smargiassi<br>Julius R. Smargiassi aka Julius R Smargiassi, Jr<br>Debtor(s) | CHAPTER 13 |
| Wells Fargo Bank, N.A., as Trustee for the EMC Mortgage Loan Trust 2002-A, Mortgage Pass-Through Certificates Series 2002-A<br>Respondent<br>vs. | NO. 16-00910 MJC |
| Karen M. Smargiassi<br>Julius R. Smargiassi aka Julius R Smargiassi, Jr<br>Debtor(s) | |
| Jack N. Zaharopoulos<br>Trustee | |

**CERTIFICATE OF CONCURRENCE**

Respondent concurs with Debtor's Request to Withdraw the Objection to Notice of Post-Petition Mortgage Fees.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Attorneys for Respondent